```
1                    UNITED STATES DISTRICT COURT
                     EASTERN DISTRICT OF NEW YORK
2

3   ------------------------------------X
                                        :
4   UNITED STATES OF AMERICA,           :  09-CR-481
                                        :
5                                       :
                                        :  225 Cadman Plaza East
6              v.                       :  Brooklyn, New York
                                        :
7   THOMAS COFFIN and THOMAS FETTER,    :  July 27, 2009
                                        :
8              Defendants.              :
    ------------------------------------X
9
         TRANSCRIPT OF CRIMINAL CAUSE FOR ARRAIGNMENT
10            BEFORE THE HONORABLE ROBERT M. LEVY
                UNITED STATES MAGISTRATE JUDGE
11

12  APPEARANCES:

13  For the Government:         MONICA RYAN, ESQ.

14

15  For Defendant/Coffin:       ALFREDO MENDEZ, ESQ.

16

17
    For Defendant/Fetter:       JOHN MULLADY, ESQ.
18

19

20  Court Transcriber:          SHARI RIEMER
                                TypeWrite Word Processing Service
21                              211 N. Milton Road
                                Saratoga Springs, New York  12866
22

23

24

25


    Proceedings recorded by electronic sound recording,
    transcript produced by transcription service
```

2

1  (Proceedings began at 11:13 a.m.)
2        THE CLERK: Can we have Mr. James Coffin and Thomas
3  Fetter?
4        Criminal Cause for Arraignment, USA v. James Coffin
5  and Thomas Fetter, 09-CR-481.
6        MS. RYAN:  Monica Ryan for the United States.
7        MR. MENDEZ:  Good morning, Your Honor. For Mr.
8  Coffin, Alfredo Mendez.
9        THE COURT: Good morning.
10        MR. MULLADY: Good morning, Your Honor.  For defendant
11  Thomas Fetter, John Mullady, 57 Hennett Road, Valatie, New
12  York.
13        THE COURT: Good morning.  I'm going to ask each
14  defendant just to say his name since there are two of you here.
15        DEFENDANT FETTER: Tom Fetter.
16        DEFENDANT COFFIN: James Coffin.
17        THE COURT: So this is on for both an arraignment on
18  an indictment and an order of excludable delay.  Would -- let
19  me speak to counsel first.
20        Are you both satisfied that your clients understand
21  the charges in the indictment?
22        MR. MENDEZ: Yes, Your Honor, he does.
23        MR. MULLADY: Yes, I am.
24        THE COURT: As to Mr. Coffin and Mr. Fetter, do you
25  each understand the charges in the indictment?

```
                                                                3
 1              DEFENDANT COFFIN: Yes, Your Honor.
 2              DEFENDANT FETTER: Yes.
 3              THE COURT: Would anyone like me to read the
 4   indictment publicly?
 5              MR. MENDEZ: We waive the public reading, Your Honor.
 6              MR. MULLADY: We also waive.
 7              THE COURT: How does Mr. Coffin plead?
 8              MR. MENDEZ: He pleads not guilty.
 9              THE COURT: Mr. Fetter?
10              MR. MULLADY: He pleads not guilty.
11              THE COURT: Now, has each one of you explained to Mr.
12   Fetter and Mr. Coffin respectively what it means to exclude
13   time?
14              MR. MENDEZ: Yes, Your Honor.  As a matter of fact,
15   this is also a case where there had been previous orders of
16   exclusion, at least three prior orders of exclusion.  I have
17   explained to Mr. Coffin each and every time and this morning
18   again I explained it to him again.
19              THE COURT: Are you satisfied that his consent is
20   knowing and voluntary?
21              MR. MENDEZ: Yes, Your Honor, I am.
22              THE COURT: As to Mr. Fetter.
23              MR. MULLADY: Similar circumstances.  Prior exclusions
24   and I'm satisfied he understands the nature and [inaudible].
25              THE COURT: Then I'll just repeat this for both Mr.
```

```
                                                              4
 1   Fetter and Mr. Coffin.  The exclusion is from July 27th through
 2   August 26th.  That means that the clock would be stopped on the
 3   speedy trial right, that that time would not be counted against
 4   the Government in deciding when your trial starts.  That would
 5   give you more time to negotiate if that's what you wish.  Is
 6   each one of you making a knowing and voluntary agreement?
 7             DEFENDANT COFFIN: Yes, Your Honor.
 8             DEFENDANT FETTER: Yes, Your Honor.
 9             THE COURT: Did you sign this form?
10             DEFENDANT COFFIN: Yes, Your Honor.
11             DEFENDANT FETTER: Yes, Your Honor.
12             THE COURT: The application is granted.
13             Anything else?
14             MS. RYAN: No.  Thank you.
15             MR. MENDEZ:  I understand August 26th, two p.m., Your
16   Honor, in front of Judge Ross?
17             THE COURT: Yes.
18             MR. MENDEZ: Thank you.
19                         * * * * *
20
21
22
23
24
25
```

```
                                                                    5
 1      I certify that the foregoing is a court transcript from an
 2   electronic sound recording of the proceedings in the above-
 3   entitled matter.
 4                              [signature]
 5                              _____
 6                                    Shari Riemer
 7   Dated:  August 6, 2009
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```